PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JASON AGUILAR, CESAR ESTEVAN RODRIGUEZ, HECTOR HERNANDEZ, RICK LEE HUTCHINSON, | DATE: August 9, 2023 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendant now move to set the matter for jury trial on June 25, 2024, and to exclude time between August 9, 2023, and June 25, 2024, under Local Code T4.

2. The parties further request that the matter be set for a trial confirmation hearing on June 3, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, a plea

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

agreement has been provided to defendant or will be provided shortly.

        b)      Counsel for defendant desires additional time to further review discovery, discuss potential resolution with her client and the government, and investigate and prepare for trial.

        c)      As such, the parties are requesting a trial date as indicated above.

        d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 9, 2023 to June 25, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: August 2, 2023

/s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant
JASON AGUILAR

Dated: August 2, 2023

/s/ KOJO MOORE
KOJO MOORE
Counsel for Defendant
CESAR ESTEVAN RODRIGUEZ

Dated: August 2, 2023                     /s/ DAVID BALAKIAN
                                          DAVID BALAKIAN
                                          Counsel for Defendant
                                          HECTOR HERNANDEZ

Dated: August 2, 2023                     /s/ RICHARD BESHWATE
                                          RICHARD BESHWATE
                                          Counsel for Defendant
                                          RICK LEE HUTCHINSON

### ORDER

IT IS SO ORDERED that the status conference set for August 9, 2023, is vacated. A jury trial is set for **June 25, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **2 weeks**. A trial confirmation is set for **June 3, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **August 3, 2023**                 /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE