(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  JASON AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JASON AGUILAR,**<br><br>Defendant. | Case No.: **1:21-CR-00115-NODJ-BAM**<br><br>**STIPULATION CONTINUING CHANGE OF PLEA; AND ORDER**<br><br>Date: October 24, 2024<br>Time: 8:30 a.m.<br>Courtroom: 5 |

Defendant JASON AGUILAR, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record STEPHANIE STOKMAN, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on October 24, 2024.

2. By this stipulation, defendant now moves to continue change of plea until December 17, 2024, at 8:30 a.m. and to exclude time between October 24, 2024, and December 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Madera County Superior Court that began on August 24 and will continue through November 26, 2024.

b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: October 2, 2024                                   /s/ Stephanie STOKMAN
                                                                           STEPHANIE STOKMAN
                                                                           Assistant United States Attorney

DATED: October 2, 2024                                   /s/ Roger D. Wilson
                                                                           ROGER D. WILSON
                                                                           Attorney for Jason Aguilar

## **ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from October 24, 2024, to **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 2, 2024**                              /s/ Barbara A. McAuliffe
                                                                           UNITED STATES MAGISTRATE JUDGE