(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  JASON AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JASON AGUILAR,**<br><br>Defendant. | Case No.: **1:21-CR-00115-NODJ-BAM**<br><br>**MOTION TO VACATE STATUS CONFERENCE; AND ORDER**<br><br>Date: December 11, 2024<br>Time: 11:00 a.m.<br>Courtroom: 8 |

   Defendant JASON AGUILAR, by and through his counsel of record, ROGER D. WILSON, request to vacate the status conference on December 11, 2024. Said request is based on the declaration of Roger D. Wilson.

   I, Roger D. Wilson, declare:

1. By previous order, this matter was set for status conference on December 11, 2024.

2. The defendant now moves to vacate the status conference.

3. Counsel is presently in a jury trial in Madera County Superior Court, case number MCR07770. This case involves a former Madera corrections officer Charged with ninety-seven counts (97) of sexual assault. This trial began on August 24, 2024, and will continue through December 13, 2024.

4. Counsel for the defendant will not be available for the status conference on

December 11, 2024, nor has counsel been able to meet with the defendant and prepare for the hearing.

5. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 9th day of December 2024, at Fresno, California.

DATED:    December 9, 2024                              /s/ Roger D. Wilson
                                                        ROGER D. WILSON
                                                        Attorney for Jason Aguilar

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the status conference scheduled on December 11, 2024, is hereby vacated.

IT IS SO ORDERED.

Dated:   **December 10, 2024**                /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE